**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7406**

———————

KENDELL C. ALEXANDER,

                              Petitioner - Appellant,

        versus

BOBBY SHEARIN, Warden, FCI Cumberland; UNITED
STATES PAROLE COMMISSION,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
01-3574-PJM)

———————

Submitted: December 10, 2002       Decided: December 24, 2002

———————

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kendell C. Alexander, Appellant Pro Se.  Larry David Adams,
Assistant United States Attorney, Thomas Michael DiBiagio, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kendell C. Alexander, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Alexander v. Shearin, No. CA-01-3574-PJM (D. Md. filed Aug. 21, 2002; entered Aug. 22, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED